THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Marion Anthony
 Walters, Appellant.
 
 
 

Appeal From Richland County
  J. Ernest Kinard, Jr., Circuit Court
Judge

Unpublished Opinion No. 2008-UP-654
 Submitted December 1, 2008  Filed
December 4, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; Solicitor Warren Blair Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM: Walters appeals his sentences for distribution of cocaine, arguing the plea judge abused his discretion in
 imposing three concurrent six year sentences.  After a thorough review of the record and counsels brief pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Walterss appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
Hearn, C.J., Short and Konduros,
JJ., concur

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.